UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER WARD,

        Plaintiff,

   v.

ICICLE SEAFOODS, INC. et al.,

        Defendants.

CASE NO. C06-431JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court is in receipt of the parties' agreed motion to extend certain pretrial deadlines in this matter (Dkt. # 23).  The court DENIES the stipulation.  If the parties wish to enter a new stipulation, they must do so in compliance with this order.

    The court issues scheduling orders setting trial dates and related dates to provide a reasonable schedule for the resolution of disputes.  First, the court generally sets the discovery cut-off 30 days prior to the deadline for filing dispositive motions in order to ensure that the court has before it a complete record when it considers a motion that could potentially dispose of the case.  Second, the schedule generally provides 90 days between the deadline for filing dispositive motions and the trial date.  This 90-day period takes

MINUTE ORDER – 1

into account: (a) an approximate 30-day lag between the date a party files a motion and the date that motion becomes ripe for the court's consideration, see Local Rules W.D. Wash. CR 7(d)(3); and (b) an additional 30 days during which the court endeavors to rule on the motion, id. at CR 7(b)(5). Anything short of a 90-day period leaves inadequate time for the parties to consider the court's ruling and plan for trial or an alternate resolution.

Here, the parties request a continuance in order to take expert depositions long after discovery ends and propose to shorten the deadline between dispositive motions and trial. Without a compelling reason to do so, the court declines to abandon its case management principles outlined above.

Filed and entered this 18th day of September, 2006.

BRUCE RIFKIN, Clerk

By    s/Mary Duett
       Deputy Clerk

MINUTE ORDER – 2